# Exhibit A

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                          Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Abrams, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Adam, Sandra**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | Status Hearing Date and Time |
| Courtroom  642 | 5/5/2014 at 10:00 A.M. |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Adams, Russell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Adams, Mike**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Ahlerrs, Johan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Akers, Lloyd**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Akins, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Alarie, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To: **Alberts, Harlan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Albrecht, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Allen, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | **Status Hearing Date and Time** |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant


### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Allie, Herman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Allumbaugh, Steven**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Almaguer, Gerardo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:   **Alonso, Jesus**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Anderson, Dennis A.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Anderson, Dennis H.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                       Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                       Plaintiff

v.

**Joseph Abrams, et al**

                                       Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Anderson, Leland**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Anderson, Ronald C.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Anderson, Warren**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Andreoli, Francis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Archie, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Arenas, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                              Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                                              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Asher, Ura**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Avalos, Refugio**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Bader, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Bahnsen, Willis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bailey, Eddie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

               Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

               Plaintiff

v.

**Joseph Abrams, et al**

               Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Baker, William, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Baker, Terry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Baldwin, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                      Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Bandosz, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bara, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Barlow, Jimmie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Barnes, Dale**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Barnett, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Barrett, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Barringer, Larry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                Plaintiff

v.

**Joseph Abrams, et al**

                                              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Bartlett, Ursula**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Bartosiewicz, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Barutha, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Bates, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Baudo, Carmello**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Baulig, Rodney**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Baumgardner, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Beaupre, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bell, Amanda**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                                              Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bellazzini, Roy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Benacka, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Berry, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Bianchi, Samuel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                         Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                         Plaintiff

v.

**Joseph Abrams, et al**

                                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Bianucci, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Biby, Grady**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bies, Dorothy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Bila, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bish, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Black, Melvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Blaha, Joseph jr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Blair, Russell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Blazik, Piotr**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Blevins, Matthew**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                           Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                           Plaintiff

v.

**Joseph Abrams, et al**

                                                                           Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bliss, Albert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Bloom, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Bode, Allen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Bodinet, Matthew**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bodnar, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Boedling, Linus E.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Boggs, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bogner, Vernon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Bohn, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Bolden, Thomas A**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bond, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Borhman, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Botta, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Bova, Ignazio**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bower, Billy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom  642 | Status Hearing Date and Time |
| Chicago IL 60604 | 5/5/2014 at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Boyd, Daniel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Boyenga, Arnold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Boyer, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Boyle, Matthew**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                      Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Brackett, Patricia**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bradley, Llewellyn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Ronald Barliant<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom  642<br>Chicago IL 60604 | 5/5/2014 at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Brady, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Brandt, Ruth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Brasher, Woodie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Bregar, Elaine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Brennan, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Brewer, Charles R.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Bridges, Thomas M.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Brncick, Nancy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Broom, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Broome, Carol**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Brown, Anthony**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Brown, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Brown, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

                                                          Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Brown, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Brown, Arthur**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Browne, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bruck, Grace**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Brumfield, Abraham**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Brzana, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bubnovich, Violet**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Buchaklian, Sonia**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Buck, Elmes**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Budnick, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Budnik, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Buecker, Matthew**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Bulatovich, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Bulger, Neil**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
| --- | --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 642**<br>**Chicago IL 60604** | | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Burch, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Burchardt, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Burd, Edgette, Jr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Burkett, Maynard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Burkum, Henry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Burns, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Burns, John "Jack"**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Burns, Alice**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom  642 | **Status Hearing Date and Time** |
| Chicago IL 60604 | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Burns, Jack**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Busby, Elmer**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bushnell, Fred**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Bussard, Norman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Busse, Mark**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Butcher, Leon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Butitta, Saslvatore**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Butler, Rolland**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Bytnar, Anthony**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Cacioppo, Leon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Cadman, Lucetta**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Cahoon, Clinton**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Caldwell, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Calhoon, Keith**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Callahan, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Campbell, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Campbell, Haywood**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Campos, Luis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Canella, Joann**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Cardinal, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Carlen, Roland**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                              Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Carlson, Thomas G.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Carlson, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Carnes, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Carnett, Esmer**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Carolan, Evelyn Carolan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Carr, Robert A.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Carr, Jack**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Carr, Dorothy M.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Carroll, Gary W.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Carter, Hubert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Case, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Case, Casey**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Cash, Howared**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                            Plaintiff

v.

**Joseph Abrams, et al**

                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Cassidy, Elvira**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Cassier, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Castellanos, Juan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Caswell, Albert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Cates, Florence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ceci, Gerald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Cehanowicz, Mack S. Cehanowitz**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Celaya, Val**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Chaffee, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Chambers, Willie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Chappell, Bruce**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Chappell, Bruce**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                         Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                         Plaintiff

v.

**Joseph Abrams, et al**

                                                                         Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Charpentier, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Chelon, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                               Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                               Plaintiff

v.

**Joseph Abrams, et al**

                                               Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Chennault, Thurman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Chernutan, Stanley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Chiapetta, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Chiaramello, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Chiesa, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Childress, Aaron**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Childress, Charles J.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Chiodo, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Chmill, Leonard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Choker, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Christensen, Erwin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Christenson, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Christian, Robert Lee**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Ciers, Evangeline**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Cieslewski, Howard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Cigledy, Martin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Citro, Anthony**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom 642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Clark, Albert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Clark, Samuel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom  642 | Status Hearing Date and Time |
| Chicago IL 60604 | 5/5/2014 at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Clark, Joseph L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Clark, Kermit**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Clark, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Clavey, Norman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Clemmons, Mary**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Coggins, Lola**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Cohen, Eli**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Coleman, Augustine C.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Coleman, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Collins, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Comitz, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Connell, Carl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Connelly, Mary**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom  642<br>Chicago IL 60604 | Status Hearing Date and Time<br>5/5/2014 at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Cook, Delano**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Cope, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Corbeil, Marvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Corder, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                  Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                  Plaintiff

v.

**Joseph Abrams, et al**

                                                  Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Cornelius, Herman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Cornell, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Correll, Virgil T.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Cotto, Elvira**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                      Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Cowgill, Clyde**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Cowgill, Larry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Creech, Dewey**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Crinion, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Crinion, Martin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Cristobal, Jaime**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Cropper, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To: **Crosby, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Crothers, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Cruz, Secundino**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Cullen, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Cummings, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Curlee, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Curran, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                        Plaintiff

v.

**Joseph Abrams, et al**

                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Curtis, Billy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Czech, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Czysz, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant


**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**


**To:  Dabic, Radoslav**


**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Daley, Marian L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Daly, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Dancey, Don**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Daniel, John L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**
<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**
<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**
<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Danks, Bonnie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Darnell, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Daubenspeck, Jon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Daughtry, Lucille**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Davis, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Davis, Randall**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **De Lacey, Barbara**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Deane, Mark**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Dearden, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Deault, Albert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Debartolo, Gene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Debeneditto, Alan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Dechman, Louise**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  DeCourcy, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Dehmet, Heinrich**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Deisher, Wilbur**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Del Sarto, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                                              Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Demma, August**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Dempsey, Clyde D.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                 Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                 Plaintiff

v.

**Joseph Abrams, et al**

                                                                 Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Derdiger, Dudley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                Plaintiff

v.

**Joseph Abrams, et al**

                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Derrick, Harold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  DeSalvo, Angelo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dettmar, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  DeVries, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  **Dewald, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Dewar, Leroy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **DeZarn, Paerl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dieden, Barry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Diem, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dieterle, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dilday, Henry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

_Jeffrey P. Allsteadt_

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Dillow, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  DiMeo, Bernie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dix, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Dobes, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Dobrowalski, Madelyn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Doeing, Patrick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Doll, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Donegan, Mark A.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Dony, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dorell, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Dougherty, Glen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Downey, Francis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dubiel, Morgan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Dubiel, Morgan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  DuBrock, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Duda, Ricahrd**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dudek, Marie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Duncan, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dunder, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dunwald, Leroy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Dybas, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

_Jeffrey P. Allsteadt_

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Dziak, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Eason, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Easton, Gilbert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Eberhart, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Eckerson, Carl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **EdEiel, Youaw**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Eder, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Edwards, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Ehrhardt, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Ekstrom, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Elam, Stanley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Elberding, Joyce**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Eldred, Billie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Elkins, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Eller, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Eller, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                   Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                   Plaintiff

v.

**Joseph Abrams, et al**

                                                                   Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Ellis, Delmar**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Emanuelson, Howard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Engle, Linda**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Epps, Patricia**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Estry, Melvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Evans, Harold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Evenhouse, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Fabian, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Falat, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
| --- | --- | --- |
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | |
| **Courtroom  642** | | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

           Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

           Plaintiff

v.

**Joseph Abrams, et al**

           Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Fandl, John J.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                         Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                         Plaintiff

v.

**Joseph Abrams, et al**

                         Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Farmer, Willie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Farrar, Homer E.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Farrell, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Faulkner, Floyd**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Faulkner, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Fech, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Feinerman, Steven**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Feipel, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Ronald Barliant<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom  642<br>Chicago IL 60604 | Status Hearing Date and Time<br>5/5/2014 at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Felax, Darl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Felkamp, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Feltner, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Ferme, August**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Fernandez, Caridad**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Ferrari, Tommy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Ferris, Carl C.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Field, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Fields, Lawson H.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Filbin, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:    Finley, Claude**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                       Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                       Plaintiff

v.

**Joseph Abrams, et al**

                                                     Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Finn, Lorraine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Fischer, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Fisher, Denise**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Fitzgerald, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Flanigan, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Fleming, David R.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Fleury, Normand**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Floyd, Maurice**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Fogarty, John J**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Fogel, Lynne**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                             Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                             Plaintiff

v.

**Joseph Abrams, et al**

                                             Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Foley, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Follmer, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Fort, Kilven**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

           Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

           Plaintiff

v.

**Joseph Abrams, et al**

           Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Fort, Hiram**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Fowler, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                       Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                       Plaintiff

v.

**Joseph Abrams, et al**

                                       Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Francis, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant


**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**


**To:  Frank, Martin**


**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Freaney, Patrick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                     Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                  Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Frederick, Gary**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Freeman, Marilyn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Frichtl, Joan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Fridmanski, Robert J.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant


### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Friedlander, Alan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Frisbie, Henry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Froystad, Gunvald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Fuller, Russell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Fulton, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Fultz, Archie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Furlong, James E.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Fusco, Nicholas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gabrys, August**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Gaffney, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gaffney, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gagianas, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Gajewski, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                              Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Galik, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Galindo, Valentine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                       Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                       Plaintiff

v.

**Joseph Abrams, et al**

                                       Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Galloway, Herbert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Ganz, Elario**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ganz, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Garcia, Roberto**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gardner, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                              Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                              Plaintiff

v.

**Joseph Abrams, et al**

                                              Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Garling, Wallace**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Garner, John A.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Garner, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Gasaway, Walter, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gautschy, Phillip**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Geddes, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Gehrke, Albert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gembis, Stanley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Genardo, Leondard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Gentile, Samuel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Genung, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Georgas, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gereg, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Gereg, Diane**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Gerst, David S.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gilligan, Megan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gischer, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gluck, Harry W.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Glynn, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Goben, Millard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Goertmiller, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Goldberg, Edna**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Goldberg, Lisa**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Golden, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

_Jeffrey P. Allsteadt_

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Goldyn, Ronald M.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Golen, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Goll, Frederick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Gordon, Mildred**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Gosa, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Graham, Dale**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Grandinetti, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Grant, Jerome**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Green, Russell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Green, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Greer, Charles W.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                    Plaintiff

v.

**Joseph Abrams, et al**

                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Gregovich, Fred**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Grelewicz, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Grelson, Earl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Grennan, Leo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Griffin, John T.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Griffin, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Ronald Barliant<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom  642<br>Chicago IL 60604 | Status Hearing Date and Time<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Griffis, Carl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Grochulski, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Groh, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Gronner, Curt**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Grossich, Christian**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Groves, Harry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Guillams, Robert E.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Gunn, Everett**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Guse, Duane**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Guth, Martha**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Guydon-Banks, Barbara**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Haas, James A.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Haensel, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Haley, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                          Plaintiff

v.

**Joseph Abrams, et al**

                                          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hallenbeck, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To: **Hallowell, Bill**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hammond, Henry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hampton, Nathan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Handyside, Harold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hannan, Sharon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hanson, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Harding, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Harloff, Lloyd**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Harper, Fred**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                                              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Harris, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Harris, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Harrison, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Hawes, Andre**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hayes, Harold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Haynes, Clarence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Heeter, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                               Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                               Plaintiff

v.

**Joseph Abrams, et al**

                                               Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hejza, Roger**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hemminger, Joan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                    Plaintiff

v.

**Joseph Abrams, et al**

                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hendricksen, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hendrickson, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                      Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                                      Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Herm, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Herman, Howard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Herr, Gerald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Herrera, Jose**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

          Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

          Plaintiff

v.

**Joseph Abrams, et al**

          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Herrick, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hess, Anna M.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hester, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Heuberger, Dale**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hickey, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Hicks, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hiebing, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hight, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Hilger, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Hilligoss, Luis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Hillyer, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hilton, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hoeve, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hoffman, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hoffman, Leonard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
| --- | --- | --- |
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** | |
| **Chicago IL 60604** | | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Hogan, Harold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Hohl, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Holt, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Holtzman, Elaine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Homan, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hopson, Willie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hopwood, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hora, Charles Hora**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Horn, Gerald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Houle, Peter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Huber, Alvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hudson, Milton**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Hughey, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

#### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hughey, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Humphrey, Roger**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hunkley, Russell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hunter, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Hutchinson, Alvah**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Hutchinson, Joe Louis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                                              Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                                                              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Hyatte, Dale**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Hysell, Larry Gene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                   Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                   Plaintiff

v.

**Joseph Abrams, et al**

                                                                   Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Iocca, Dominic**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Irwin, Barbara**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Ivey, Avery**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Izzi, Leslie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Jackson, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Jackson, Percy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Jaeger, Theodore**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Jakomovich, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Janet, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Jankowski, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Jasper, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Jauregui, Genaro**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Jeffers, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Jensen, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Johnson, Clarence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Johnson, Theodore**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Johnson, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Johnson, Freadine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Johnson, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Johnson, Roger**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Jones, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Jones, Joe**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Jones, Joseph S.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Jones, Grayson, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Jones, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Joslyn, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Joyce, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Joyce, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Julitz, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | **Status Hearing Date and Time** |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Junius, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Jurgens, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Jurgeto, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Juskus, Vytautas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                              Plaintiff

v.

**Joseph Abrams, et al**

                                              Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kachnik, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kaepplinger, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Kaiser, Parnell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                        Plaintiff

v.

**Joseph Abrams, et al**

                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kalmbach, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Kantowski, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Karabaic, Vinko**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Karas, Bruce**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Karasek, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Karnstedt, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Karwowski, Remigius**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kaszubowski, Olga**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Katkus, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Katsamba, Anna**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Kaufman, Norman E.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Kaurman, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Keane, Ethel Keane**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  **Keeling, Jan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Keeling, Jane**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kelemen, Nick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Keller, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kelly, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Kendzora, Jane F.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kent, Daniel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
|---|---|---|
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | |
| **Courtroom  642** | **Status Hearing Date and Time** | |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kerth, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Kettler, Frederick B.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kettler, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Kincaid, Rhea**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kinder, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:   **Kindle, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kindt, Harold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  King, Pauline**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  King, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **King, Vernon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kinnear, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kissane, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Klapperich, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Kleemola, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Klich, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kling, Blair**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Klodzinski, Leo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kloecker, John Kloecker**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Knapp, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Knight, Jack E.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Knirs, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Koca, Larry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Koch, Shirley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Kocman, Carolyn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kocon, Stanley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Koenig, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Koger, Larry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kolbuch, Nilene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Koplin, Wayne**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Korzik, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Koza, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                       Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                       Plaintiff

v.

**Joseph Abrams, et al**

                                       Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kozak, Nicholas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Krafft, Arnold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Krafft, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Kral, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Krampitz, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kreye, Lloyd**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Krueger, Wilmar**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Krusenoski, Robin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Kuharchuk, Phillip**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Kulash, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Kuna, John, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Kussman, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom 642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Kyrk, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Lach, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lacny, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ladewig, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Lagerstrom, Lennart**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lagerstrom, Helen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lagowski, Francis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                    Plaintiff

v.

**Joseph Abrams, et al**

                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Lamb, Richard W.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Lamprecht, Howard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Landin, Donlad**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lankford, Carig**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  LaPorta, Rocco**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Larsen, Leonard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Larson, Edwin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Larson, Clare**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Lash, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Lattemann, Gregory**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Laubach, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Laurencell, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lazzari, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Leach, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Ledbetter, Robert L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Lee, Baxter L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Leginski, Sophie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                      Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                      Plaintiff

v.

**Joseph Abrams, et al**

                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Leide, Howard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Leimbacher, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lemberger, Jerome**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lennox, Gerald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant


**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**


**To:  Lenz, Raymond**


**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lepkowski, Joe, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lewis, Ford Ray**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Lewzader, Elmer**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Lewzqader, Elmer**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lies, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Liggins, Alvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lind, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Lindsey, Peggy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Liskowsky, Jaroslaw**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                            Plaintiff

v.

**Joseph Abrams, et al**

                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Little, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Litza, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Lodl, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Loffredo, Anthony**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Loftus, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Loftus, Marshall**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Logan, Larry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Lombardi, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Long, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Long, Gracie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Looney, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Loos, Jennifer**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lopez, Anthomy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Loranger, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Lord, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Loser, Dorothy Loser**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Lovelace, Jerry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Lovino, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lowder, Jack**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

          Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

          Plaintiff

v.

**Joseph Abrams, et al**

          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Lowe, Lafayette "Pete"**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Lowe, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lowery, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Loyd, Russell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Luckett, Tommie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Ludgatis, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

           Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

           Plaintiff

v.

**Joseph Abrams, et al**

           Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Luhrsen, Marlene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                             Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                             Plaintiff

v.

**Joseph Abrams, et al**

                                             Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Lundborg, Len**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lutzek, Bernard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Lutzke, Bernard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                               Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                               Plaintiff

v.

**Joseph Abrams, et al**

                                               Defendant


### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Lyon, Harold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  MacDonald, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Machalka, Zdenek**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Mahalko, Mary**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Major, Kevin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Major, Kevin M.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Mancheseter, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Mangiaracina, Jasper**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Marin, Francisco**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Marquis, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Marsaglia, Anthony**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

_Jeffrey P. Allsteadt_

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Marsala, Sam**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Marson, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Martin, Diana**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Martino, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Mascillino, Joan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | **Status Hearing Date and Time** |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Matarrese, Frank, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Mateja, Theodore**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Mathis, George A.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Matson, Sharon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Matyszka, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Mayden, Ernest**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Maynard, Welcie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Maynard, Welcie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Mayson, Diane**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Maziarz, Jerome**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Mazur, Lottie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | **Status Hearing Date and Time** |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McCluskie, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McConnell, Courtney**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McCoy, Ralph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McCrea, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  McCreless, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  McDougal, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McFerron, Norman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McGee, Jessie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                 Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                 Plaintiff

v.

**Joseph Abrams, et al**

                                                                 Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: McGrath, Owen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                        Plaintiff

v.

**Joseph Abrams, et al**

                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  McGraw, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **McHugh, Bernard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: McHugh, Gerald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
|---|---|---|
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | |
| **Courtroom 642** | | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                    Plaintiff

v.

**Joseph Abrams, et al**

                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  McIntosh, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **McKanna, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  McKinley, Larry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McKinney, Betty**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **McLin, Leon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **McMahon, Arthur**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McMahon, Kevin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  McManus, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **McNamara, John "Jack"**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **McRoy, Lloyd**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Medina, Jose**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Medina, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Melero, Adan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Melton, Edgar**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Ronald Barliant<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom  642<br>Chicago IL 60604 | 5/5/2014 at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Merrill, Dale**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                   Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                   Plaintiff

v.

**Joseph Abrams, et al**

                                                                                   Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Merrill, Dale**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Merten, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Metcalfe, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Meyer, Bernard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Meyer, Roger**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Meyer, William J.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant


**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**


**To:  Meyers, Paul**


**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Miaso, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Michael, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Michniewicz, Stanley, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Middleton, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                  Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                  Plaintiff

v.

**Joseph Abrams, et al**

                                                                                  Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Miles, Done**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Miles, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Miller, Roger**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  **Miller, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Miller, Lynn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Miller, Roger**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Miller, Andrew**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Miller, Douglas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Millinder, Charles Millinder**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Mills, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Mindeman, Dean**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Miracle, Lee**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Miser, William Miser**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Mitchell, Ferber**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Mitchell, Jean**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Mitchell, John, Jr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Mitola, Guy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Moffett, Neal**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Mohun, Laurel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom 642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                              Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Moore, Elihu**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Moore, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Moore, Lionel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Moore, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Moore, Kendrick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Moore, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Moore, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Morales, Luis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom  642 | 5/5/2014 at 10:00 A.M. |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Moran, Kevin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Morford, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Morley, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Morley, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                      Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                  Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Moser, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Moses, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Moss, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                        Plaintiff

v.

**Joseph Abrams, et al**

                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**   **Mote, Terrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Moye, Burtis "Gene"**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Mugianis, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Murphy, Marlan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Murphy, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Murphy, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Murphy, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Murphy, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
| --- | --- | --- |
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | |
| **Courtroom  642** | | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Murray, Melvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Murray, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Myszka, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Nannini, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Nelson, Columbus**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Nelson, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Nelson, Victor F.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Nelson, Maxwell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                      Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                      Plaintiff

v.

**Joseph Abrams, et al**

                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Nemecevic, Peter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Neubauer, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Neubeck, Roy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Newell, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Newhauser, Warren, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Newkirk, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Nickerson, Robald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Nicosia, Elizabeth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom  642 | 5/5/2014 at 10:00 A.M. |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Nimee, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Ninez, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Nordin, Wayne**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Novak, Marilyn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Novak, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Novinski, Donna**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Novosel, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Nowaczyk, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Nugent, Sharon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Nuzzo, Robin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Oaks, Willard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Obst, Roy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **O'Connor, Philip**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Oelerich, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Ofenbeck, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                      Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                                                      Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Oliver, Arthur**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Olsen, Karl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Olsen, Ralph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Olson, Myrna**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Olson, Phillip C. Olson**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                 Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                 Plaintiff

v.

**Joseph Abrams, et al**

                                                                 Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **O'Mahoney, Stephen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  O'Reilley, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Orosz, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **O'Rozco, Leo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Orr, Leo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Orrill, Melvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Orsini, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **O'Shea, Patrick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Osowski, Eugene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ostrander, Marvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **O'Toole, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Pace, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pacey, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Painter, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Palazzolo, Fred Palazzolo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Palen, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Palma, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Palmer, Leonard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Palmisano, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Palmore, Rufus**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Panfilio, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pardonek, Rudolph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Parenti, Lois**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Parker, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Parker, Eugene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Parker, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Parks, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom  642 | Status Hearing Date and Time |
| Chicago IL 60604 | 5/5/2014 at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Parrish, Darrell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pascente, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                         Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                        Plaintiff

v.

**Joseph Abrams, et al**

                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Pate, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pavlich, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Pearson, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pellegrini, Angelo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Penelton, Donald, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pennell, Doris**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Persin, Georgette**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Persona, Marilyn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Peters, Wayne**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Peters, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Peters, Shirley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Petrides, Alexander**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Petrucci, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Petzel, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pfister, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pflueger, Walter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Vanden Heuvel, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Vargo, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Ventresca, Alex**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Vignocci, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Vinci, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Virklan, James, Jr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

                                             Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                             Plaintiff

v.

**Joseph Abrams, et al**

                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Vollmert, Adrienne**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Von de Bur, Harold**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wadsley, Ricky**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Waggoner, Eldo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Waggoner, Eldo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Wahlin, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Wahlin, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                  Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                  Plaintiff

v.

**Joseph Abrams, et al**

                                                                  Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Walker, Lloyd**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Walker, Reid**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Wallace, Caryl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wallace, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **Wargin, Leonard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Warren, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                            Plaintiff

v.

**Joseph Abrams, et al**

                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Washington, Loudella**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Watson, Lonnie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                      Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Watts, Virgil**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Weatherbee, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Weaver, Linda**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Webb, Maynard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Webb, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Weinger, Norman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Weintreib, Leo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Weiss, Joyce**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Welch, Norman Welch**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Welch, Thomas, Jr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Welland, Freddie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wells, Gordon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                     Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                     Plaintiff

v.

**Joseph Abrams, et al**

                                                                     Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Wells, Uldine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  West, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                         Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                         Plaintiff

v.

**Joseph Abrams, et al**

                                                                                         Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  West, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Weston, Barry L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Weston, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wetzel, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  **White, Annie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  White, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   White, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                     Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                     Plaintiff

v.

**Joseph Abrams, et al**

                                                                     Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Whitehead, Andrew**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wichmann, Luther**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wicklund, Oliver**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Wilcox, Harry, Jr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wiley, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Williams, Sammie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Williams, Bedford**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Williams, Don**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Williams, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Williams, Byron Val**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wills, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Wilson, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Wilson, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Wilson, Lloyd P.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:   **Wilson, Mary**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wirth, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Wisdom, Don**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wishnoff, Evelyn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wiskur, Ralph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Wittke, Cynthia**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wollschlaeger, Albert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wolsky, Nathan**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant


**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**


**To:   Wolter, Glendon**


**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Woodard, Andrew**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Woods, Dennis L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Woolfork, Larry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Worden, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Worthington, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Woynovich, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wright, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Wright, James R.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                           Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                           Plaintiff

v.

**Joseph Abrams, et al**

                                                           Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wright, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
| --- | --- | --- |
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | |
| **Courtroom  642** | | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Wyss, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Yakovich, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Yates, Earl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Yates, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

          Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

          Plaintiff

v.

**Joseph Abrams, et al**

          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Yosick, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Young, John, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Young, Willie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Yurich, Carl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Zangrilli, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Zavesky, Lenore**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Zegar, Stanley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Zeller, Donna**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Zeller, Chester**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Zelter, Gerald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Zemke, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:   **Zielinski, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                              Plaintiff

v.

**Joseph Abrams, et al**

                                                              Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Zimmerman, Girard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                  Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                  Plaintiff

v.

**Joseph Abrams, et al**

                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Zlogar, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Zolnierek, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Phillips, Alice**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                Plaintiff

v.

**Joseph Abrams, et al**

                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Phillips, Franklin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                      Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Phillips, Betty**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Pickens, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Pierce, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
| --- | --- | --- |
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | | |
| **Chicago IL 60604** | | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Pierce, Charles John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Pigza, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Pine, Conrad**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

<div align="right">Debtor</div>

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

<div align="right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div align="right">Defendant</div>

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Pinegar, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Pingel, Preston**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Piorecki, Kathleen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pitrowski, Samuel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

          Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

          Plaintiff

v.

**Joseph Abrams, et al**

          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Pliske, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Podorzelski, Norbert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Podschweit, Donald, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Pontone, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Popovits, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Popsten, Roy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Porras, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Posey, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Potempa, Estelle**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Powell, Kevin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Poyer, Arthur**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Presutti, Valentino**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pritchett, Noble**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pritza, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | Status Hearing Date and Time |
| Courtroom  642 | 5/5/2014 at 10:00 A.M. |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                          Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                                          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Probst, Karen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Prosise, Clarence, Jr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Prunty, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Prusak, Jim**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Pujdak, Fredrick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Pulido, Jesus**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

<div style="text-align: right">Debtor</div>

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

<div style="text-align: right">Plaintiff</div>

v.

**Joseph Abrams, et al**

<div style="text-align: right">Defendant</div>

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Pyatte, Jack**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Quinlan, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Quinonez, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
| --- | --- | --- |
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | |
| **Courtroom  642** | | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ragland, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rahn, Meta**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Raichert, Patricia**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Raichert, Patricia**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rajczyk, Donna**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ramey, Clovis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Randa, Marjorie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Raper, Barbara**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Raposo, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ray, Dwine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ray, Glen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Reading, Albert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Reeck, Glen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Reed, Otis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| Dirksen Federal Building 219 South Dearborn Courtroom  642 Chicago IL 60604 | 5/5/2014 at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Reese, Cecil**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
| --- | --- | --- |
| **Dirksen Federal Building** | | |
| **219 South Dearborn** | | |
| **Courtroom  642** | | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Reeves, Wilbert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                   Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                   Plaintiff

v.

**Joseph Abrams, et al**

                                                                   Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rehbein, Frederick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Reisenleiter, Philip A.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Reitmeyer, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Rempas, Theodore**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Renken, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rexroth, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Reyna, Roberto, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Richardson, Clifford**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Rico, Ernest**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ridgeway, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  **Ridgeway, Dennis**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Rigg, Ray**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Rigoni, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Riley, Juanita**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **5/5/2014 at 10:00 A.M.** |
| **Courtroom  642** | |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rinaldi, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                           Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                           Plaintiff

v.

**Joseph Abrams, et al**

                                                                           Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Risdon, John H. C. Risdon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rissky, Philip**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Rissky, Phillip**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom 642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ritchey, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Riva, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rivera, Jesus**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Rizzuto, Ernest**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rizzuto, Ernest**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Roberts, Jruther**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Robertson, Vincent**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Robinson, Betty Lou**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Robinson, Randy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

                                                                                    Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Robinson, Forrest**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rodgers, Norman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rodriguez, Alejandrino**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                 Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                 Plaintiff

v.

**Joseph Abrams, et al**

                                                                                 Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Rodriguez, Jose**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rogers, Eugene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rogers, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Rogers, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Roney, Todd**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Ronk, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rorer, David**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Rosas, Miguel Rosas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Roscoe, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Roselli, August**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ross, April**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rossi, Philip, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Rubiner, Barbara**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ruchal, Anthony J.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ruebsamen, Darrell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Ruholl, Ambrose**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Runyan, Jerald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Russell, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Russell, Barry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Saar, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Saas, Gordon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Safley, Z. L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sagel, Peter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Sales, Catherine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Salinas, Emilio**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sambucci, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sampurdanis, Evangelina**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Samuel, Arnold, Jr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Samuel, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sanders, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Sank, Howard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Santerelli, Fred**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sardella, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sargent, Raymond**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | **Status Hearing Date and Time** |
| Courtroom  642 | **5/5/2014 at 10:00 A.M.** |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Sauriol, Rene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sawyer, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Schaefer, Evelyn**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Schafer, Barbara Schafer**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                                            Defendant


**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**


To:   **Schafer, Edward`**


**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Schlegel, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Schmidt, Holly**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Schmidt, Paul Schmidt**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Schnorr, Frederick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Schram, Teddy M.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  **Schroeder, Leo**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Schuepbach, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Schulz, Ervin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Schwartz, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Scott, David Lee**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Scribner, Mark**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Scruggs, Elaine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Sebest, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sedlock, Daniel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Seleski, Ralph J. Seleski**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom 642 | 5/5/2014 at 10:00 A.M. |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Sellers, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Serocinski, Alvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Sestan, Josip**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                          Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                          Plaintiff

v.

**Joseph Abrams, et al**

                                          Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Seville, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Shaffer, Russell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Shaw, Christopher**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Shaw, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Shaw, Merriweather**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Shea, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Shekey, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Shellenbaum, Nancie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                     Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                     Plaintiff

v.

**Joseph Abrams, et al**

                                                                     Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Sheridan, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Shestak, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Shoaf, Allen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Shoop, Willard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Shrout, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Siegand, George, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Siegel, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Sieja, Frank**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sievert, Glen**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Siewertsen, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Sillivan, Karon N.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                      Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                                      Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Simpson, Andrew**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Simpson, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Sims, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                               Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                             Plaintiff

v.

**Joseph Abrams, et al**

                                             Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:   **Sims, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Sims, Lee**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sklany, Steve**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Slenk, Marie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Smith, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Smith, Leslie**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                Plaintiff

v.

**Joseph Abrams, et al**

                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Smith, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                          Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Smith, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Smith, Gerald D.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Smith, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Smith, Ola**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Smith, Conrad**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Smith, Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Smith, Vanetta**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                        Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Smolik, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Smuda, Eugene**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Smulder, William**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Smykowski, Ronald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Soliz, Benjamin J.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Sollenberger, Duane**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Soltman, Madeleine**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sorensen, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

              Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

              Plaintiff

v.

**Joseph Abrams, et al**

              Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  **Sorensen, Martha**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Soucek, Milton**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Spadoni, Leroy**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Spaight, James R.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Sparks, Gerald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Spatola, Giovanna**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                        Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Spear, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Spelde, Anthony**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sperling, Marvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Spiewak, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Squzert, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stachyra, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stanley, Wanda**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stark, Darryl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stark, Darryl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Stawnyczy, Peter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** **Stechkober, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stechly, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Steimle, Elliott**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Stelzer, Franklin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Sterling, Katherin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                 Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                Plaintiff

v.

**Joseph Abrams, et al**

                                               Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Sternberg, Carroll**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stevens, John W.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stewart, Johnny**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Stewart, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stiglitz, John L.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stiles, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stochl, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stoecker, Mary**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stolfa, Rick**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Stone, Gavin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Stoudt, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To: **Straube, William, Sr.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

To:  **Strauss, Stuart**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Strock, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Strom, Peter**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Struck, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Suhadolnik, Frances**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Suitor, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Suk, Lawrence**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Sullivan, Charles**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Sullivan, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

                                           Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

                                           Plaintiff

v.

**Joseph Abrams, et al**

                                           Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Sullivan, Margaret**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Summers, Arliss**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Summers, Wilbur**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                Plaintiff

v.

**Joseph Abrams, et al**

                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Supple, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.   **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Sweeney, Michael**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Syrowik, Leonard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To: Szafranski, Daniel**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Szela, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Szurpicki, Alexander**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Takacs, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Tamimi, Ahman**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Tatje, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Taylor, Edward C. Taylor**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Teml, Irvin**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                    Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                    Plaintiff

v.

**Joseph Abrams, et al**

                                                                    Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Terry, Gary**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                     Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                     Plaintiff

v.

**Joseph Abrams, et al**

                                                   Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Thomas, August**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Thomas, Wendell**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Ronald Barliant |
| 55 East Monroe Street, Suite 3300 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| Dirksen Federal Building | |
| 219 South Dearborn | Status Hearing Date and Time |
| Courtroom  642 | 5/5/2014 at 10:00 A.M. |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Thomas, Harold L. Thomas**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                                          Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                                          Plaintiff

v.

**Joseph Abrams, et al**

                                                                          Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Thompson, Harold H.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Thompson, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Thompson, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Todd, Arthur**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Tollas, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Tomei, Fred**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:   Tomko, Henry Tomko**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Tomsik, Gordon**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Toot, George**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Townsend, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:  **Tracey, Earl**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Trejo, Irma**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Trew, Edward**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Trinka, Kristina**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Tropeck, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Trudeau, Donald**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Tucker, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Tuhey, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Tumidalsky, Richard**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                                        Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                                        Plaintiff

v.

**Joseph Abrams, et al**

                                                                                        Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Turk, James**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                            Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                            Plaintiff

v.

**Joseph Abrams, et al**

                                                            Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Turner, Conley**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Turner, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Turtenwald, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Tuzzolino, John**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Tuzzolino, Joseph**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **11-26443**

**THE C.P. HALL CO**

                                                      Debtor

Adversary Proceeding No. **13-01070**

**JAMES SHIPLEY**

                                                      Plaintiff

v.

**Joseph Abrams, et al**

                                                      Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Usyak, Paul**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

                                                                Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

                                                                Plaintiff

v.

**Joseph Abrams, et al**

                                                                Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Valentine, Henry**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom  642**<br>**Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Van Der Kolk, Neil**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** **55 East Monroe Street, Suite 3300** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom  642** **Chicago IL 60604** | **Status Hearing Date and Time** **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.   **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

To:   **Van Duyne, Eugene A.**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:   Van Dyke, Garrett**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom  642** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

### ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING

**To:  Van Hove, Kenneth**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Ronald Barliant** |
| **55 East Monroe Street, Suite 3300** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom  642** | **5/5/2014 at 10:00 A.M.** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**
**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No.  **11-26443**

**THE C.P. HALL CO**

Debtor

Adversary Proceeding No.  **13-01070**

**JAMES SHIPLEY**

Plaintiff

v.

**Joseph Abrams, et al**

Defendant

**ALIAS-SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  Van Ostrand, Robert**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Ronald Barliant** <br> **55 East Monroe Street, Suite 3300** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom  642** <br> **Chicago IL 60604** | **5/5/2014 at 10:00 A.M.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

**April 9, 2014**

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012