## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE C.P. HALL COMPANY, | Case No.  11-26443 |
| Debtor. | |
| JAMES SHIPLEY, as personal representative of the Estate of Janet Shipley, | |
| | Adversary No. 13-1070 |
| Plaintiff, | |
| vs. | |
| Joseph Abrams, et al., | Honorable A. Benjamin Goldgar |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL OF COUNT I WITHOUT PREJUDICE

James Shipley, as personal representative of the Estate of Janet Shipley ("James Shipley"), by and through his undersigned counsel, pursuant to Fed. R. Bank. P. 7041, hereby voluntarily dismisses Count I (Determination of Validity and Priority of Lien – James Shipley) of the Second Amended Complaint to Determine Validity of Liens, for Equitable Subordination, and Objection to Claims (ECF No. 44, the "Second Amended Complaint"), without prejudice.

Dated:  January 22, 2015

Respectfully submitted,
JAMES SHIPLEY, as personal
representative of the Estate of Janet Shipley,

By:   /s/ Ronald Barliant
         One of His Attorneys

Ronald Barliant (ARDC #0112984)
Prisca Kim (ARDC #6306327)
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that, on January 22, 2015, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF COUNT I WITHOUT PREJUDICE** was served upon the following counsel of record via email and U.S. Mail, postage prepaid:

Joseph D. Frank  
Reed Heiligman  
FRANKGECKER LLP  
325 North LaSalle Street, Suite 625  
Chicago, Illinois 60654

                                                     /s/ Ronald Barliant  
                                                     Ronald Barliant