**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| THE C.P. HALL COMPANY, ) | Case No. 11 B 26443 (ABG) |
| ) | |
| Debtor. ) | The Honorable A. Benjamin Goldgar |
| ) | |
| JAMES SHIPLEY, as personal representative of ) the Estate of Janet Shipley, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No. 13-1070 |
| ) | |
| v. ) | |
| ) | |
| JOSEPH ABRAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Shipley, as personal representative of the Estate of Janet Shipley, by and through his undersigned counsel, and Defendants Joseph Abrams, *et al.*, by and through their undersigned bankruptcy counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable herein pursuant to Fed.R.Bankr.P. 7041, hereby stipulate to the dismissal with prejudice of the above-captioned adversary proceeding pending in this Court, each side to bear their own costs

Dated: July ___, 2015

**JOSEPH ABRAMS, *et al.***

By: _____
Joseph D. Frank
Reed Heiligman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
(312) 76-1400
Facsimile: (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

**JAMES SHIPLEY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JANET SHIPLEY**

By: _____
Ronald Barliant
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000
Facsimile: (312) 332-2196
ronald.barliant@goldbergkohn.com